

ORIGINAL

FILED

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0139

RHONDA LINDQUIST, OFFICE OF THE
STATE PUBLIC DEFENDER,

Petitioner,

v.

MONTANA THIRTEENTH JUDICIAL
DISTRICT COURT, HON. DONALD
HARRIS, Presiding,

Respondent.

FILED

JUN 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Nikki T. Baszynski of Cincinnati, Ohio, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Baszynski is currently in good standing with another state jurisdiction in which Baszynski is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Nikki T. Baszynski to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Nikki T. Baszynski, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 9th day of June, 2022.

For the Court,

By _____
Chief Justice